UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                      Plaintiff,<br><br>        -v.-<br><br>PHILIP BALDEO,<br><br>                      Defendant. | 22 Civ. 917 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Plaintiff commenced this suit with the filing of a Complaint under a "John Doe" pseudonym on February 2, 2022. (Dkt. #1). The Court understands the Complaint to contemplate a request for permission to proceed anonymously. For the reasons outlined in the Complaint, that request is hereby GRANTED.

    SO ORDERED.

Dated:   February 4, 2022
            New York, New York

                                                          KATHERINE POLK FAILLA
                                                          United States District Judge