UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JOHN DOE,

        *Plaintiff,*

    v.                                      22-cv-917 (KPF)(BCM)

PHILIP BALDEO, M.D.                     **ORDER**

        *Defendant*,

-------------------------------------------------------X

      Upon application of counsel for PHILIP BALDEO, Defendant herein, and without opposition from the Plaintiff, JOHN DOE, it is hereby Ordered that this civil proceeding be stayed until the completion of the now pending criminal proceedings in *People v. Philip Baldeo, 1880/2021* (N.Y. Co. Sup. Ct.).

      The parties shall provide this Court with status reports as to Dr. Baldeo's criminal case every 90 days.

      This Order is without prejudice to the right of the Parties to seek vacatur or modification of this Order on proper notice.

SO ORDERED

_____
HON. BARBARA C. MOSES
United States Magistrate Judge
Southern District of New York

Dated:  February _____, 2022