RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

* ADMITTED IN NY, FLA., AND D.C.

# LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
17th FLOOR
NEW YORK, NEW YORK 10038-1850

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444



May 18, 2022

Hon. Katherine P. Failla
United States District Judge
Southern District of New York
U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Doe v. Baldeo*, 22-CV-00917 (KPF)

Dear Judge Failla:

    We take this opportunity to update the Court regarding the status of Doe v. Baldeo and apologize for not providing this letter by the ordered date of May 12, 2022. This action has been stayed by agreement between the parties and with the Court's permission because parallel criminal charges are pending against Dr. Baldeo in Supreme Court, New York County, and the parties believed a stay was appropriate because of – among other reasons – privilege issues that would arise should the case go forward before the criminal case concludes. *See* Dkt. 13. The case is presently scheduled for status and/or trial on June 22 in TAP A at the 100 Centre Street Courthouse.

    We will henceforth keep the Court updated on a timely basis.

                          Respectfully submitted,

                          */s/ Richard Levitt*

                          RICHARD W. LEVITT
                          Levitt & Kaizer
                          40 Fulton Street, 17TH Floor
                          New York, New York 10038-1850
                          (212) 480-4000
                          *Attorneys for Defendant Philip Baldeo, M.D.*

Cc:    Carmel T. Kappus
        DICELLO LEVITT GUTZLER, LLC
        (Counsel for Plaintiff)

The Court is in receipt of the parties' status report regarding Dr. Baldeo's criminal case. The parties are reminded that their next status report shall be due on or before **August 10, 2022,** and every 90 days thereafter until the completion of the pending criminal proceedings.

Dated:   May 19, 2022    SO ORDERED.
        New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE