# LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
17th FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

EMILY GOLUB
  of counsel
emilygolublaw@gmail.com

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

* ADMITTED IN NY, FLA., AND D.C.

August 10, 2022

Hon. Katherine P. Failla
United States District Judge
Southern District of New York
U.S. Courthouse
40 Foley Square
New York, NY 10007



Re:    *Doe v. Baldeo*, **22-CV-00917 (KPF)**

Dear Judge Failla:

    We take this opportunity to update the Court regarding the status of *Doe v. Baldeo*. This action has been stayed by agreement between the parties and with the Court's permission because parallel criminal charges are pending against Dr. Baldeo in Supreme Court, New York County, and the parties believed a stay was appropriate because of – among other reasons – privilege issues that would arise should the case go forward before the criminal case concludes. *See* Dkt. 13. The criminal case is presently scheduled for a hearing on September 9. The trial is contemplated to be October 31, 2022.

    We will keep the Court updated on a timely basis.

Respectfully submitted,

Richard W. Levitt
*Attorneys for Defendant Philip Baldeo, M.D.*

cc:    Carmel T. Kappus
       DICELLO LEVITT GUTZLER, LLC
       (Counsel for Plaintiff)

The Court is in receipt of the parties' status report regarding Dr. Baldeo's criminal case. The parties are reminded that their next status report shall be due on or before **November 6, 2022**.

Dated: August 11, 2022  
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE