**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

* ADMITTED IN N.Y., FLA., AND D.C.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

December 24, 2024

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
U.S. Courthouse
40 Foley Square
New York, NY 10007

                Re:     *Seedath v. Baldeo,* **22-CV-00917 (KPF)**

Dear Judge Failla:

    The Parties jointly write the Court to submit a proposed revised settlement agreement in accordance with the Court's memo endorsement of December 18, 2024 (Doc 60). We annex a redlined version and final proposed settlement agreement herein.

    The amended settlement agreement:

1. Omits any confidentiality provisions (old ¶ 5);
2. Amends the non-disparagement clause (new ¶ 5), to allow for the Parties' truthful statements about the litigation;
3. Omits old ¶ 10; concerning notice by a party of any subpoena of the non-confidential settlement; and
4. Makes minor conforming amendments in light of the Court's Order, the passage of time and the full payment of settlement proceeds to Plaintiff's counsel.

    For all the foregoing reasons, we respectfully request that the Court approve the proposed amended settlement agreement.

                                                      Respectfully submitted,

                                                      Nicholas Kaizer
                                                      Levitt & Kaizer
                                                      *Attorneys for Defendant*
                                                      *Philip Baldeo, M.D.*

To:    Gregory Gutzler, Esq. (DICELLO LEVITT, LLC)
        (Counsel for Plaintiff)