RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

* ADMITTED IN N.Y., FLA., AND D.C.

**LEVITT & KAIZER**
ATTORNEYS AT LAW
40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038-1850

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

December 24, 2024

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
U.S. Courthouse
40 Foley Square
New York, NY 10007



*Re:    Seedath v. Baldeo,* **22-CV-00917 (KPF)**

Dear Judge Failla:

The Parties jointly write the Court to submit a proposed revised settlement agreement in accordance with the Court's memo endorsement of December 18, 2024 (Doc 60). We annex a redlined version and final proposed settlement agreement herein.

The amended settlement agreement:

1. Omits any confidentiality provisions (old ¶ 5);
2. Amends the non-disparagement clause (new ¶ 5), to allow for the Parties' truthful statements about the litigation;
3. Omits old ¶ 10; concerning notice by a party of any subpoena of the non-confidential settlement; and
4. Makes minor conforming amendments in light of the Court's Order, the passage of time and the full payment of settlement proceeds to Plaintiff's counsel.

For all the foregoing reasons, we respectfully request that the Court approve the proposed amended settlement agreement.

Respectfully submitted,

Nicholas Kaizer
Levitt & Kaizer
*Attorneys for Defendant*
*Philip Baldeo, M.D.*

To:    Gregory Gutzler, Esq. (DICELLO LEVITT, LLC)
       (Counsel for Plaintiff)

The Court has reviewed the revised settlement documents, in light of the Court's December 18, 2024 Order (Dkt. #60), for fairness in accordance with the FLSA and Second Circuit law, *see, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and has concluded that the terms are fair and reasonable.

Accordingly, the settlement is approved, and the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Court will also so-order separately the stipulation of dismissal when it is submitted by the parties.

Dated:     December 26, 2024             SO ORDERED.
           New York, New York

                                         *[signature: Katherine Polk Failla]*

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE